# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilson, Stephen V. | U.S. District Court | 07/11/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. District Court
350 W. 1st Street Suite 4311
Los Angeles, CA 90012-4565

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sovereign Bank | mortgage - real estate (Capri) | P2 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/11/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  El Dorado - Real Estate-Partner | D | Distribution | O | W | | | | | |
| 2.  Harbor City Mobile Park - Partner | D | Distribution | M | W | | | | | |
| 3.  Sandpiper LTD - Partner | D | Distribution | M | W | | | | | |
| 4.  Capital - Partner -Sacramento CA | C | Distribution | M | W | | | | | |
| 5.  Capri - NY, NY | G | Distribution | P2 | W | | | | | |
| 6.  Malibu - NY, NY | G | Distribution | P2 | W | | | | | |
| 7.  Malibu - NY, NY | | | | | Sold (part) | 10/28/16 | N | G | Dennis Zheng/Dan Chen |
| 8.  Malibu - NY, NY | | | | | Sold (part) | 01/15/16 | M | G | Zheng Zhang |
| 9.  Malibu - NY, NY | | | | | Sold (part) | 11/21/16 | N | G | Qui & Li Chen |
| 10. | | | | | | | | | |
| 11.  City Natl Bank Cash Acct | A | Interest | K | T | | | | | |
| 12.  Bonds/CDs : | | | | | | | | | |
| 13.  BROKERAGE ACCT #1 | | | | | | | | | |
| 14.  UB Highmark Div. MM | D | Interest | P1 | T | | | | | |
| 15.  CA St GO | B | Interest | M | T | | | | | |
| 16.  LA CA Uni Scl Dist | B | Interest | | | Redeemed | 07/01/16 | K | | |
| 17.  Goldman Sacks Bk CD | | None | M | T | Buy | 03/16/16 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/11/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. " " " | B | Interest | | | Redeemed | 09/16/16 | M | | |
| 19. Ally Bk Midvale CD | | None | M | T | Buy | 03/17/16 | M | | |
| 20. " " " " | B | Interest | | | Redeemed | 09/17/16 | M | | |
| 21. BMW Bk No Amer. CD | | None | M | T | Buy | 03/18/16 | M | | |
| 22. " " " " | B | Interest | | | Redeemed | 09/18/16 | M | | |
| 23. Comenity Cap Bk CD | | None | M | T | Buy | 03/18/16 | M | | |
| 24. " " " " | B | Interest | | | Redeemed | 09/18/16 | M | | |
| 25. BROKERAGE ACCT #2 | | | | | | | | | |
| 26. IRA - Rochdale Prime MM Fund | F | Distribution | P1 | T | | | | | |
| 27. GNMA | A | Interest | J | T | | | | | |
| 28. Fed Natl Mortgage Assn | | None | M | T | | | | | *see explanation |
| 29. " " " " | A | Interest | | | Redeemed | 02/22/16 | M | | *see explanation |
| 30. Fed Hom Loan Bank | A | Interest | M | T | | | | | |
| 31. CN Rochele Gov't MM | A | Interest | J | T | | | | | |
| 32. CA ST Bonds | C | Interest | N | T | | | | | |
| 33. Fed Home Loan Bk | | None | M | T | Buy | 02/10/16 | M | | |
| 34. " " " " | A | Interest | | | Redeemed | 07/25/16 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fed Natl Mort Assn | A | Interest | M | T | Buy | 12/30/16 | M | | |
| 36. BROKERAGE ACCT #3 | | | | | | | | | |
| 37. CA ST RFDG | B | Interest | L | T | | | | | |
| 38. CA ST Var Purp | B | Interest | | | Redeemed | 12/01/16 | L | | |
| 39. CA ST Var Purp | B | Interest | M | T | | | | | |
| 40. RMA Fund Inc | A | Interest | O | T | | | | | |
| 41. BROKERAGE ACCT #4 | | | | | | | | | |
| 42. JP Morgan Dep Acct | A | Interest | P1 | T | | | | | |
| 43. State of CA | C | Interest | M | T | | | | | |
| 44. Top Ships Inc | | None | J | T | | | | | |
| 45. BROKERAGE ACCT #5 | | | | | | | | | |
| 46. WF Bank Deposit Sweep | A | Interest | P1 | T | | | | | |
| 47. CA ST Var Purp | C | Interest | M | T | | | | | |
| 48. CA ST Var Purp | D | Interest | M | T | | | | | |
| 49. CA ST FGIC | A | Interest | J | T | | | | | |
| 50. CA ST Var Purp | B | Interest | K | T | | | | | |
| 51. CA ST RFDG | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CA ST | B | Interest | | | Redeemed | 03/01/16 | L | | |
| 53. CA ST | B | Interest | M | T | | | | | |
| 54. CA ST Var Purp | D | Interest | M | T | | | | | |
| 55. CA ST Water Res Dev-Ser | A | Interest | K | T | | | | | |
| 56. BROKERAGE ACCT #6 | | | | | | | | | |
| 57. Morgan Stanley MM | A | Interest | N | T | | | | | |
| 58. CA ST | D | Interest | | | Redeemed | 10/03/16 | M | | |
| 59. CA ST Var Purp | B | Interest | K | T | | | | | |
| 60. CA CT Var Purp | C | Interest | L | T | | | | | |
| 61. CA ST Var Purp | C | Interest | L | T | | | | | |
| 62. CA ST | D | Interest | M | T | | | | | |
| 63. CA ST Var Purp | D | Interest | M | T | | | | | |
| 64. First St. Bank CD | A | Interest | | | Redeemed | 02/09/16 | M | | |
| 65. Everbank CD | A | Interest | | | Redeemed | 02/03/16 | L | | |
| 66. Mizuho CD | A | Interest | | | Redeemed | 01/21/16 | M | | |
| 67. Bank of India CD | A | Interest | | | Redeemed | 04/27/16 | M | | |
| 68. Peoples Natl BK CD | A | Interest | | | Redeemed | 01/29/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Mizrah Tefahot CD | A | Interest | | | Redeemed | 01/25/16 | M | | |
| 70. Ally Bk CD | A | Interest | | | Redeemed | 01/22/16 | M | | |
| 71. Mizrah Tefahot CD | | None | M | T | Buy | 01/28/16 | M | | |
| 72. " " " | A | Interest | | | Redeemed | 05/12/16 | M | | |
| 73. Citizens Philadelphia CD | | None | M | T | Buy | 02/03/16 | M | | |
| 74. " " " | A | Interest | | | Redeemed | 05/03/16 | M | | |
| 75. Everbank CD | | None | M | T | Buy | 02/12/16 | M | | |
| 76. ' ' | A | Interest | | | Redeemed | 05/19/16 | M | | |
| 77. St Bk of India CD | | None | M | T | Buy | 02/16/16 | M | | |
| 78. ' ' ' ' | A | Interest | | | Redeemed | 05/16/16 | M | | |
| 79. First St Bk CD | | None | M | T | Buy | 02/17/16 | M | | |
| 80. ' ' ' ' | A | Interest | | | Redeemed | 05/17/16 | M | | |
| 81. Homestreet Bk CD | | None | K | T | Buy | 02/17/16 | K | | |
| 82. ' ' ' | A | Interest | | | Redeemed | 05/18/16 | K | | |
| 83. Parkway Bank CD | | None | M | T | Buy | 05/26/16 | M | | |
| 84. ' ' ' | A | Interest | | | Redeemed | 08/26/16 | M | | |
| 85. Bank India NY CD | | None | M | T | Buy | 05/26/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. '''' | A | Interest | | | Redeemed | 08/24/16 | M | | |
| 87. Mizrah Tefahot CD | | None | M | T | Buy | 05/26/16 | M | | |
| 88. ''' | A | Interest | | | Redeemed | 08/26/16 | M | | |
| 89. Everbank CD | | None | M | T | Buy | 05/26/16 | M | | |
| 90. '' | A | Interest | | | Redeemed | 08/25/16 | M | | |
| 91. Homestreet Bk CD | | None | M | T | Buy | 05/27/16 | M | | |
| 92. ''' | A | Interest | | | Redeemed | 08/29/16 | M | | |
| 93. TCM Bank CD | | None | M | T | Buy | 05/31/16 | M | | |
| 94. " " " | A | Interest | | | Redeemed | 08/31/16 | M | | |
| 95. Bank East Asia CD | | None | L | T | Buy | 05/31/16 | L | | |
| 96. '''' | A | Interest | | | Redeemed | 08/31/16 | L | | |
| 97. Bank of Baroda | | None | M | T | Buy | 09/02/16 | M | | |
| 98. ''' | A | Interest | | | Redeemed | 12/09/16 | M | | |
| 99. Sallie Mae CD | | None | M | T | Buy | 09/07/16 | M | | |
| 100. ''' | A | Interest | | | Redeemed | 12/09/16 | M | | |
| 101. Banc Cali Irvine | | None | M | T | Buy | 09/07/16 | M | | |
| 102. ''' | A | Interest | | | Redeemed | 12/16/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/11/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. All Amer Bk CD | | None | M | T | Buy | 09/07/16 | M | | |
| 104. '''' | A | Interest | | | Redeemed | 12/16/16 | M | | |
| 105. Pacific Western Bk CD | | None | M | T | Buy | 09/07/16 | M | | |
| 106. '''' | A | Interest | | | Redeemed | 12/16/16 | M | | |
| 107. Merchants Bk CD | | None | M | T | Buy | 09/07/16 | M | | |
| 108. " " " | A | Interest | | | Redeemed | 11/21/16 | M | | |
| 109. Sunwest Bk CD | | None | L | T | Buy | 09/08/16 | L | | |
| 110. " " " | A | Interest | | | Redeemed | 12/21/16 | L | | |
| 111. City of LA | | None | N | T | Buy | 09/14/16 | N | | |
| 112. BROKERAGE ACCT #7 | | | | | | | | | |
| 113. Ban of America NA RASP | A | Interest | J | T | | | | | |
| 114. ML Short Term Global Income Black Rock IRRA | D | Distribution | L | T | | | | | |
| 115. Mutual Fund - Muni Inv Trust | A | Interest | K | T | | | | | |
| 116. ML Bank USA RASP CMA Fund | B | Interest | K | T | | | | | |
| 117. Santander Bk CD | A | Interest | M | T | Buy | 08/10/16 | M | | |
| 118. Sallie Mae Bk CD | A | Interest | M | T | Buy | 08/10/16 | M | | |
| 119. Everbank CD | A | Interest | M | T | Buy | 08/12/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Wells Fargo CD | A | Interest | M | T | Buy | 08/17/16 | M | | |
| 121. BROKERAGE ACCT #8 | | | | | | | | | |
| 122. CW Genl Govt Mny Mkt CIB | | None | K | T | | | | | |
| 123. BROKERAGE ACCT #9 | | | | | | | | | |
| 124. MM Funds - RBC | A | Interest | O | T | | | | | |
| 125. State of CA GO | B | Interest | | | Redeemed | 03/01/16 | K | | |
| 126. State of CA GO | A | Interest | L | T | | | | | |
| 127. BROKERAGE ACCT #10 | | | | | | | | | |
| 128. WF Cash Acct | A | Interest | L | T | | | | | |
| 129. WF Bank Deposit Sweep | A | Interest | P1 | T | | | | | |
| 130. CA ST Var Purp | D | Interest | M | T | | | | | |
| 131. CA St Var Purp | D | Interest | M | T | | | | | |
| 132. Bank Baroda CD | A | Interest | | | Redeemed | 02/22/16 | M | | |
| 133. Fed Hm Loan Bk | A | Interest | | | Redeemed | 02/22/16 | M | | |
| 134. Comenity Bk CD | A | Interest | | | Redeemed | 06/30/16 | M | | |
| 135. Harris Bank CA CD | A | Interest | | | Redeemed | 03/30/16 | M | | |
| 136. Goldman Sachs CD | B | Interest | | | Redeemed | 08/04/16 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and C3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Beal Bank CD | B | Interest | | | Redeemed | 08/03/16 | M | | |
| 138. JP Morgan Chase CD | B | Interest | M | T | | | | | |
| 139. Bank of India CD | A | Interest | | | Redeemed | 05/25/16 | M | | |
| 140. Ally Bk CD | | None | M | T | Buy | 10/15/15 | M | | *see explanation |
| 141. " " " | B | Interest | | | Redeemed | 07/15/16 | M | | |
| 142. Brookline Bk CD | | None | M | T | Buy | 11/23/15 | M | | *see explanation |
| 143. " " " | A | Interest | | | Redeemed | 11/25/16 | M | | |
| 144. Fed Hm Ln Bank | | None | M | T | Buy | 11/12/15 | M | | * see explanation |
| 145. " " " " | A | Interest | | | Redeemed | 11/14/16 | M | | |
| 146. Berkshire Bk CD | | None | M | T | Buy | 02/29/16 | M | | |
| 147. " " " | A | Interest | | | Redeemed | 11/29/16 | M | | |
| 148. BMO Harris Bk CD | | None | M | T | Buy | 06/03/16 | M | | |
| 149. ZBNA CD | | None | M | T | Buy | 06/03/16 | M | | |
| 150. Bk of China CD | | None | M | T | Buy | 06/23/16 | M | | |
| 151. Synchrony Bk CD | | None | M | T | Buy | 07/15/16 | M | | |
| 152. Comenity Cap Bk CD | A | Interest | M | T | Buy | 07/15/16 | M | | |
| 153. Merchants Bk of IN CD | | None | M | T | Buy | 08/03/16 | M | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. " " " " | A | Interest | | | Redeemed | 12/07/16 | M | | |
| 155. BROKERAGE ACCT #11 | | | | | | | | | |
| 156. WF Bank Deposit Sweep | A | Interest | M | T | | | | | |
| 157. General Elec Co | A | Interest | J | T | | | | | |
| 158. Yuba | B | Interest | K | T | | | | | |
| 159. Campbell CA CTFS | A | Interest | | | Redeemed | 08/26/16 | K | | |
| 160. Lodi Uni Sch Dist | A | Interest | | | Redeemed | 01/19/16 | J | | |
| 161. General Motors | A | Dividend | K | T | | | | | |
| 162. Metropolitan Water Dist | | None | | | Expired | 07/20/16 | | | |
| 163. CA ST GO | A | Interest | | | Redeemed | 10/13/16 | J | | |
| 164. Basset CA Unified | A | Interest | J | T | | | J | | |
| 165. El Camino Com College | A | Interest | | | Redeemed | 08/01/16 | K | | |
| 166. Metropolitan Water Dist | | None | | | Expired | 07/20/16 | | | |
| 167. CA ST | | None | J | T | Buy | 08/19/15 | J | | * see explanation |
| 168. " " | A | Interest | | | Redeemed | 03/01/16 | J | | |
| 169. CA ST | | None | J | T | Buy | 01/04/16 | J | | |
| 170. " " | A | Interest | | | Redeemed | 10/13/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  CA ST | | None | K | T | Buy | 06/27/16 | K | | |
| 172.  " " | A | Interest | | | Redeemed | 12/01/16 | K | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: Investments and Trusts:

Line 28- 29: On 2015 year, lines 21-22  Federal Natl Mortgage Assn (filed 2016) -- this should not have been redeemed.  Was redeemed in 2016

Line 140: Ally Bank CD  -- should have been on last year's report
Line 142: Brookline Bk CD  -  should have been on last year's report
Line 144: Fed Hm Loan Bk -  should have been on last year's report

Line 167: CA ST  --- should have been on last year's report

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen V. Wilson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544